UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In re: | § | Case No. 1:17-BK-22817-AJC |
|---|---|---|
| | § | |
| WEST COAST TRANSPORT SERVICES INC | § § § § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Joel L. Tabas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $37,526.95 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $41,597.13 | | |

3) Total gross receipts of $79,124.08 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $79,124.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $41,597.13 | $41,597.13 | $41,597.13 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $614,817.43 | $1,003,963.48 | $989,570.26 | $37,526.95 |
| **Total Disbursements** | $614,817.43 | $1,045,560.61 | $1,031,167.39 | $79,124.08 |

4). This case was originally filed under chapter 7 on 10/23/2017. The case was pending for 41 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/16/2021           By:   /s/ Joel L. Tabas
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Bank Accounts - BOA | 1129-000 | $2,530.94 |
| insurance proceeds for the 2015 WABASH 53" THERMOKING PRESIDENTAL 600 with vin # 1JJV532B4FL840918 | 1129-000 | $1,593.14 |
| Avoidance Actions | 1241-000 | $75,000.00 |
| **TOTAL GROSS RECEIPTS** | | $79,124.08 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $7,206.20 | $7,206.20 | $7,206.20 |
| Claim Amount, Trustee | 2200-000 | NA | $102.59 | $102.59 | $102.59 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $0.74 | $0.74 | $0.74 |
| Union Bank | 2600-000 | NA | $150.00 | $150.00 | $150.00 |
| Veritex Community Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Claim Amount, Attorney for Trustee | 3110-000 | NA | $29,000.00 | $29,000.00 | $29,000.00 |
| Claim Amount, Attorney for Trustee | 3120-000 | NA | $4,601.60 | $4,601.60 | $4,601.60 |
| THOMAS A. BASTIAN, Accountant for Trustee | 3310-000 | NA | $536.00 | $536.00 | $536.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $41,597.13 | $41,597.13 | $41,597.13 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BOULEVARD TIRE | 7100-000 | $2,490.00 | $2,420.68 | $2,420.68 | $92.54 |
| 2 | DYANAMIC TRACKERS | 7100-000 | $1,750.00 | $9,240.00 | $9,240.00 | $353.25 |
| 3 | WALLWORK FINANCIAL | 7100-000 | $0.00 | $24,454.42 | $24,454.42 | $934.89 |
| 4 | NEW JERSEY TURNPIKE AUTHORITY | 7100-000 | $0.00 | $4,893.25 | $4,893.25 | $0.00 |
|  | CLERK, U.S. BANKRUPTCY COURT (Claim No. 4; NEW JERSEY TURNPIKE AUTHORITY) | 7100-001 | $0.00 | $0.00 | $0.00 | $187.07 |
| 5 | SMITH TRANSPORTATION SERVICES, INC. | 7100-000 | $1.00 | $118,969.51 | $118,969.51 | $4,548.19 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $9,708.00 | $10,300.71 | $10,300.71 | $393.79 |
| 7 | BMO HARRIS BANK N.A. | 7100-000 | $1.00 | $14,393.22 | $0.00 | $0.00 |
| 8 | BMO HARRIS BANK N.A. | 7100-000 | $1.00 | $14,393.22 | $14,393.22 | $550.25 |
| 9 | BMO HARRIS BANK N.A. | 7100-000 | $1.00 | $2,376.05 | $2,376.05 | $90.84 |
| 10 | BMO HARRIS BANK N.A. | 7100-000 | $0.00 | $3,502.24 | $3,502.24 | $133.89 |
| 11 | BMO HARRIS BANK N.A. | 7100-000 | $0.00 | $3,390.67 | $3,390.67 | $129.62 |
| 12 | BMO HARRIS BANK N.A. | 7100-000 | $0.00 | $25,891.02 | $25,891.02 | $989.81 |
| 13 | BMO HARRIS BANK N.A. | 7100-000 | $0.00 | $22,495.69 | $22,495.69 | $860.01 |
| 14 | BMO HARRIS BANK N.A. | 7100-000 | $0.00 | $1,669.45 | $1,669.45 | $63.82 |
| 15 | BMO HARRIS BANK N.A. | 7100-000 | $0.00 | $1,870.79 | $1,870.79 | $71.52 |
| 16 | BMO HARRIS BANK N.A. | 7100-000 | $0.00 | $3,429.86 | $3,429.86 | $131.12 |
| 17 | TIRE MAX OF SOUTH | 7100-000 | $4,066.00 | $17,547.58 | $17,547.58 | $670.84 |

|    |                                            |          |            |            |            |           |
|----|--------------------------------------------|----------|------------|------------|------------|-----------|
|    | FLORIDA, CORP.                             |          |            |            |            |           |
| 18 | RYDER TRUCK RENTAL INC                     | 7100-000 | $508,760.34 | $391,919.91 | $391,919.91 | $14,983.05 |
| 19 | BMO HARRIS BANK N.A.                       | 7100-000 | $0.00      | $342.95    | $342.95    | $13.11    |
| 20 | BMO HARRIS BANK N.A.                       | 7100-000 | $0.00      | $14,419.03 | $14,419.03 | $551.24   |
| 21 | MERCEDES BENZ FINANCIAL SERVICES US        | 7100-000 | $0.00      | $233,086.08 | $233,086.08 | $8,910.85 |
| 22 | VELOX TRANSPORT SERVICES                   | 7100-000 | $0.00      | $75,000.00 | $75,000.00 | $2,867.25 |
| 23 | State of Maryland Central Collection Unit  | 7200-000 | $113.00    | $7,957.15  | $7,957.15  | $0.00     |
|    | Arnold Scott Harris, P.C.                  | 7100-000 | $339.00    | $0.00      | $0.00      | $0.00     |
|    | Capital One                                | 7100-000 | $9,200.00  | $0.00      | $0.00      | $0.00     |
|    | Chase                                      | 7100-000 | $10,160.00 | $0.00      | $0.00      | $0.00     |
|    | Chase                                      | 7100-000 | $21,439.00 | $0.00      | $0.00      | $0.00     |
|    | Cintas                                     | 7100-000 | $465.00    | $0.00      | $0.00      | $0.00     |
|    | Comcast                                    | 7100-000 | $191.00    | $0.00      | $0.00      | $0.00     |
|    | CTD Financial Services                     | 7100-000 | $8,894.00  | $0.00      | $0.00      | $0.00     |
|    | Daimler Truck Financial                    | 7100-000 | $1.00      | $0.00      | $0.00      | $0.00     |
|    | DBI Services                               | 7100-000 | $1,202.00  | $0.00      | $0.00      | $0.00     |
|    | EZ Drive                                   | 7100-000 | $31.00     | $0.00      | $0.00      | $0.00     |
|    | Gaston Alvarez                             | 7100-000 | $1,950.00  | $0.00      | $0.00      | $0.00     |
|    | Gulf-Atlantic Claims Servie, LLC           | 7100-000 | $1.00      | $0.00      | $0.00      | $0.00     |
|    | Hanksugi                                   | 7100-000 | $4,721.00  | $0.00      | $0.00      | $0.00     |
|    | Jeraldine Elizabeth Crowd                  | 7100-000 | $1.00      | $0.00      | $0.00      | $0.00     |
|    | Kansas Turnpike                            | 7100-000 | $32.00     | $0.00      | $0.00      | $0.00     |
|    | Law Office of Theodore Miloch, II, Inc     | 7100-000 | $1.00      | $0.00      | $0.00      | $0.00     |
|    | Linebarger Goggan Blair & Sampson, LLP     | 7100-000 | $1.00      | $0.00      | $0.00      | $0.00     |
|    | MDX Miami Dade Expresway Authority         | 7100-000 | $19.00     | $0.00      | $0.00      | $0.00     |
|    | MDX Miami                                  | 7100-000 | $11.00     | $0.00      | $0.00      | $0.00     |

| | | | | | | |
|---|---|---|---|---|---|---|
| | MDX Miami Dade Expresway Authority | | | | | |
| | MDX Miami Dade Expresway Authority | 7100-000 | $9.00 | $0.00 | $0.00 | $0.00 |
| | MDX Miami Dade Expresway Authority | 7100-000 | $13.00 | $0.00 | $0.00 | $0.00 |
| | MDX Miami Dade Expresway Authority | 7100-000 | $11.00 | $0.00 | $0.00 | $0.00 |
| | Navistar Capital | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Navistar Capital | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Navistar Capital | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Navistar Capital | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Navistar Capital | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Navistar Capital | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Navistar Capital | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Navistar Capital | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Navistar Capital | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | NJ E-Z Pass | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| | NY State Department | 7100-000 | $65.00 | $0.00 | $0.00 | $0.00 |
| | OK David Transport | 7100-000 | $4,400.00 | $0.00 | $0.00 | $0.00 |
| | Pikepass | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ryder | 7100-000 | $18,092.00 | $0.00 | $0.00 | $0.00 |
| | Sales Automotive Towing | 7100-000 | $4,987.09 | $0.00 | $0.00 | $0.00 |
| | SOS Software Corp | 7100-000 | $550.00 | $0.00 | $0.00 | $0.00 |
| | Superior Auto Glass | 7100-000 | $1,027.00 | $0.00 | $0.00 | $0.00 |
| | Toll By Plate | 7100-000 | $29.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $614,817.43 | $1,003,963.48 | $989,570.26 | $37,526.95 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1         Exhibit 8

| Case No.: | 17-22817-AJC | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | WEST COAST TRANSPORT SERVICES INC | Date Filed (f) or Converted (c): | 10/23/2017 (f) |
| For the Period Ending: | 3/16/2021 | §341(a) Meeting Date: | 11/29/2017 |
| | | Claims Bar Date: | 02/27/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Vehicles/Trailers | $0.00 | $0.00 | OA | $0.00 | FA |

**Asset Notes:**
    "     2014 HYUNDAI 53' UNIT #9161 (VIN:3H3V532C6ET029161)
    "     2014 HYUNDAI 53' UNIT #9075 (VIN:3H3V532C2ET029075)
    "     2014 HYUNDAI 53' UNIT #9186 (VIN:3H3V532COET029186)
    "     2014 HYUNDAI 53' UNIT #9099 (VIN:3H3V532C5ET029099)
    "     2014 HYUNDAI 53' UNIT #9008 (VIN:3H3V532C9ET029008)
    "     2014 HYUNDAI 53' UNIT #9043 (VIN:3H3V532COET029043)
    "     2014 WABASH 53' UNIT #4979 (VIN:1JJV532D5EL834979)
    "     2016 WABASH 53' UNIT #7986 (VIN: 1JJV532D8GL917986)
    "     2016 WABASH 53' UNIT #7987 (VIN:1JJV532DXGL917987)
    "     2015 WABASH 53' UNIT #8069 (VIN:1JJV532D8FL878069)
    "     2015 WABASH 53' UNIT #8070 (VIN:1JJV532D4FL878070)
    "     2014 WABASH 53" THERMOKING 2305B UNIT #3414 (VIN:1JJV532B9EL833414)
    "     2015 WABASH 53" CARRIER7500 UNIT #5248 (VIN:1JJV532B6FL875248)
    "     2014 WABASH 53" THERMOKING 2305B UNIT #3413 (VIN:1JJV532B7EL833413)
    "     2015 FREIGHTLINER CASCADIA UNIT #3000 (VIN:3AKJGLD53FSGK3000)

The balance of trucks/vehicles listed on Schedule B, Line 47, were leased vehicles or vehicles not owned by the Debtor.

Trustee's Notice of Abandonment, 11/16/17 (ECF 11)

| 2 | Bank Accounts - BOA | $4,600.00 | $2,530.94 | | $2,530.94 | FA |

**Asset Notes:** Funds in account

| 3 | Wallwork Trailer | $0.00 | $0.00 | OA | $0.00 | FA |

**Asset Notes:** 2015 WABASH 53" THERMOKING PRESIDENTAL 600 UNIT #916
(VIN: 1JJV532BOFL840916) - Line 47.22
Trustee's Notice of Abandonment, 11/17/17 (ECF 12)

| 4 | insurance proceeds for the 2015 WABASH 53" THERMOKING PRESIDENTAL 600 with vin # 1JJV532B4FL840918 | $0.00 | $0.00 | | $1,593.14 | FA |

**Asset Notes:** turnover of insurance proceeds (vehicle listed on Schedule B, line 47.23)

| 5 | Avoidance Actions (u) | $0.00 | $75,000.00 | | $75,000.00 | FA |

**Asset Notes:** Order Granting Motion to Approve Stipulation to Compromise Controversy with Velox Transport Services, Inc. and SPES Logistics, LLC, 8/17/20 (ECF 58)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 17-22817-AJC | Trustee Name: | Joel L. Tabas |
| Case Name: | WEST COAST TRANSPORT SERVICES INC | Date Filed (f) or Converted (c): | 10/23/2017 (f) |
| For the Period Ending: | 3/16/2021 | §341(a) Meeting Date: | 11/29/2017 |
| | | Claims Bar Date: | 02/27/2018 |

| | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 6 | Vehicles/trailer<br>2015 WABASH 53' THERMOKING 917<br>1JJV532B2FL840917, $1,250.00<br>2009 INTERNATIONAL PROSTAR UNIT<br>#9858 VIN:2HSCUAPR89C119858, $25,000 | $0.00 | $0.00 | OA | $0.00 | FA |

| Asset Notes: | 2015 WABASH 53' THERMOKING 917 1JJV532B2FL840917 (Schedule B, line 47.48)<br><br>2009 INTERNATIONAL PROSTAR UNIT<br>#9858 VIN:2HSCUAPR89C119858 (Schedule B, line 47.10)<br>Trustee's Notice of Abandonment, 9/28/20 (ECF 61) |
|---|---|

**TOTALS (Excluding unknown value)**

| | $4,600.00 | $77,530.94 | | $79,124.08 | **Gross Value of Remaining Assets**<br>$0.00 |
|---|---|---|---|---|---|

| Initial Projected Date Of Final Report (TFR): | 03/15/2019 | Current Projected Date Of Final Report (TFR): | 03/31/2021 | /s/ JOEL L. TABAS<br>JOEL L. TABAS |
|---|---|---|---|---|

Page No: 1 Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-22817-AJC | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | WEST COAST TRANSPORT SERVICES INC | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***7116 | | Checking Acct #: | ******2504 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/23/2017 | | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 3/16/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2017 | (2) | BANK OF AMERICA | Funds in Account | 1129-000 | $2,530.94 | | $2,530.94 |
| 12/26/2017 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $2,515.94 |
| 01/11/2018 | (4) | INTERSAFE | insurance proceeds for the 2015 WABASH 53" THERMOKING PRESIDENTAL 600 with vin # 1JJV532B4FL840918 | 1129-000 | $1,593.14 | | $4,109.08 |
| 01/23/2018 | 10001 | INTERNATIONAL SURETIES, LTD | 2018 Chapter 7 Trustee Bond Number 016027932 ($0.30 per $1,000. on deposit as of November 30, 2016), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | $0.74 | $4,108.34 |
| 01/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,093.34 |
| 02/26/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,078.34 |
| 03/26/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,063.34 |
| 04/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,048.34 |
| 05/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,033.34 |
| 06/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,018.34 |
| 07/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,003.34 |
| 08/27/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $15.00 | $3,988.34 |
| 09/25/2018 | | Union Bank | Bank Service Fee | 2600-000 | | $15.00 | $3,973.34 |
| 09/25/2018 | | Green Bank | Transfer Funds | 9999-000 | | $3,973.34 | $0.00 |

SUBTOTALS  $4,124.08  $4,124.08

Page No: 2  Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-22817-AJC | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | WEST COAST TRANSPORT SERVICES INC | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***7116 | Checking Acct #: | ******2504 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/23/2017 | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 3/16/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,124.08 | $4,124.08 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $3,973.34 | |
| | | | **Subtotal** | | $4,124.08 | $150.74 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,124.08 | $150.74 | |

| For the period of 10/23/2017 to 3/16/2021 | | For the entire history of the account between 11/16/2017 to 3/16/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,124.08 | Total Compensable Receipts: | $4,124.08 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,124.08 | Total Comp/Non Comp Receipts: | $4,124.08 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $150.74 | Total Compensable Disbursements: | $150.74 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $150.74 | Total Comp/Non Comp Disbursements: | $150.74 |
| Total Internal/Transfer Disbursements: | $3,973.34 | Total Internal/Transfer Disbursements: | $3,973.34 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-22817-AJC | | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|---|
| Case Name: | WEST COAST TRANSPORT SERVICES INC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7116 | | | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 10/23/2017 | | | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 3/16/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 09/25/2018 | | Union Bank | Transfer Funds | 9999-000 | $3,973.34 | | $3,973.34 |
| 07/16/2020 | (5) | Velox Transport Solutions, Inc. | Order Granting Motion to Approve Stipulation to Compromise Controversy with Velox Transport Services, Inc. and SPES Logistics, LLC, 8/17/20 (ECF 58) | 1241-000 | $37,500.00 | | $41,473.34 |
| 08/17/2020 | (5) | Velox Transport Solutions, Inc. | Order Granting Motion to Approve Stipulation to Compromise Controversy with Velox Transport Services, Inc. and SPES Logistics, LLC, 8/17/20 (ECF 58) | 1241-000 | $37,500.00 | | $78,973.34 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $131.55 | $78,841.79 |
| 11/02/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | ($131.55) | $78,973.34 |
| 11/03/2020 | 5001 | JOEL L. TABAS, TRUSTEE | Trustee Compensation Trustee Expenses | * | | $7,308.79 | $71,664.55 |
| | | | Claim Amount    $(7,206.20) | 2100-000 | | | $71,664.55 |
| | | | Claim Amount    $(102.59) | 2200-000 | | | $71,664.55 |
| 11/03/2020 | 5002 | TABAS & SOLOFF PA | Claim #:  Claim #: | * | | $33,601.60 | $38,062.95 |
| | | | Claim Amount    $(4,601.60) | 3120-000 | | | $38,062.95 |
| | | | Claim Amount    $(29,000.00) | 3110-000 | | | $38,062.95 |
| 11/03/2020 | 5003 | THOMAS A. BASTIAN | Claim #: | 3310-000 | | $536.00 | $37,526.95 |
| 11/03/2020 | 5004 | BOULEVARD TIRE | Claim #: 1 | 7100-000 | | $92.54 | $37,434.41 |
| 11/03/2020 | 5005 | DYANAMIC TRACKERS | Claim #: 2 | 7100-000 | | $353.25 | $37,081.16 |
| 11/03/2020 | 5006 | WALLWORK FINANCIAL | Claim #: 3 | 7100-000 | | $934.89 | $36,146.27 |
| 11/03/2020 | 5007 | NEW JERSEY TURNPIKE AUTHORITY | Claim #: 4 | 7100-003 | | $187.07 | $35,959.20 |
| 11/03/2020 | 5008 | SMITH TRANSPORTATION SERVICES, INC. | Claim #: 5 | 7100-000 | | $4,548.19 | $31,411.01 |
| 11/03/2020 | 5009 | CAPITAL ONE BANK (USA), N.A. | Claim #: 6 | 7100-000 | | $393.79 | $31,017.22 |
| 11/03/2020 | 5010 | BMO HARRIS BANK N.A. | Claim #: 8 Claim #: 20 | * | | $1,101.49 | $29,915.73 |
| | | | Claim Amount    $(550.25) | 7100-000 | | | $29,915.73 |
| | | | Claim Amount    $(551.24) | 7100-000 | | | $29,915.73 |

|  |  | SUBTOTALS | $78,973.34 | $49,057.61 |
|---|---|---|---|---|

Page No: 4 Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-22817-AJC | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | WEST COAST TRANSPORT SERVICES INC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7116 | Checking Acct #: | ******1701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/23/2017 | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 3/16/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/03/2020 | 5011 | BMO HARRIS BANK N.A. | Claim #: 9 Claim #: 10 Claim #: 11 Claim #: 12 Claim #: 13 Claim #: 14 Claim #: 15 Claim #: 16 Claim #: 19 | * | | $2,483.74 | $27,431.99 |
| | | | Claim Amount $(90.84) | 7100-000 | | | $27,431.99 |
| | | | Claim Amount $(133.89) | 7100-000 | | | $27,431.99 |
| | | | Claim Amount $(129.62) | 7100-000 | | | $27,431.99 |
| | | | Claim Amount $(989.81) | 7100-000 | | | $27,431.99 |
| | | | Claim Amount $(860.01) | 7100-000 | | | $27,431.99 |
| | | | Claim Amount $(63.82) | 7100-000 | | | $27,431.99 |
| | | | Claim Amount $(71.52) | 7100-000 | | | $27,431.99 |
| | | | Claim Amount $(131.12) | 7100-000 | | | $27,431.99 |
| | | | Claim Amount $(13.11) | 7100-000 | | | $27,431.99 |
| 11/03/2020 | 5012 | TIRE MAX OF SOUTH FLORIDA, CORP. | Claim #: 17 | 7100-000 | | $670.84 | $26,761.15 |
| 11/03/2020 | 5013 | RYDER TRUCK RENTAL INC | Claim #: 18 | 7100-000 | | $14,983.05 | $11,778.10 |
| 11/03/2020 | 5014 | MERCEDES BENZ FINANCIAL SERVICES US | Claim #: 21 | 7100-000 | | $8,910.85 | $2,867.25 |
| 11/03/2020 | 5015 | VELOX TRANSPORT SERVICES | Claim #: 22 | 7100-000 | | $2,867.25 | $0.00 |
| 02/01/2021 | 5007 | STOP PAYMENT: NEW JERSEY TURNPIKE AUTHORITY | Claim #: 4 Stale Check - Deposit into Court Registry | 7100-004 | | ($187.07) | $187.07 |
| 02/02/2021 | 5016 | CLERK, U.S. BANKRUPTCY COURT | Claim #4 | 7100-001 | | $187.07 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $29,915.73 |

Page No: 5     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 17-22817-AJC | |
| **Case Name:** | WEST COAST TRANSPORT SERVICES INC | |
| **Primary Taxpayer ID #:** | **-***7116 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/23/2017 | |
| **For Period Ending:** | 3/16/2021 | |

| | |
|---|---|
| **Trustee Name:** | Joel L. Tabas |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******1701 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $62,655,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $78,973.34 | $78,973.34 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,973.34 | $0.00 | |
| | | | **Subtotal** | | $75,000.00 | $78,973.34 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $75,000.00 | $78,973.34 | |

|  **For the period of 10/23/2017 to 3/16/2021** | | **For the entire history of the account between 09/25/2018 to 3/16/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $75,000.00 | Total Compensable Receipts: | $75,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,000.00 | Total Comp/Non Comp Receipts: | $75,000.00 |
| Total Internal/Transfer Receipts: | $3,973.34 | Total Internal/Transfer Receipts: | $3,973.34 |
| | | | |
| Total Compensable Disbursements: | $78,973.34 | Total Compensable Disbursements: | $78,973.34 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $78,973.34 | Total Comp/Non Comp Disbursements: | $78,973.34 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 6     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-22817-AJC | |
| **Case Name:** | WEST COAST TRANSPORT SERVICES INC | |
| **Primary Taxpayer ID #:** | **-***7116 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/23/2017 | |
| **For Period Ending:** | 3/16/2021 | |

| | |
|---|---|
| **Trustee Name:** | Joel L. Tabas |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******1701 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $62,655,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $79,124.08 | $79,124.08 | $0.00 |

**For the period of 10/23/2017 to 3/16/2021**

| | |
|---|---|
| Total Compensable Receipts: | $79,124.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,124.08 |
| Total Internal/Transfer Receipts: | $3,973.34 |
| | |
| Total Compensable Disbursements: | $79,124.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $79,124.08 |
| Total Internal/Transfer Disbursements: | $3,973.34 |

**For the entire history of the case between 10/23/2017 to 3/16/2021**

| | |
|---|---|
| Total Compensable Receipts: | $79,124.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,124.08 |
| Total Internal/Transfer Receipts: | $3,973.34 |
| | |
| Total Compensable Disbursements: | $79,124.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $79,124.08 |
| Total Internal/Transfer Disbursements: | $3,973.34 |

/s/ JOEL L. TABAS

JOEL L. TABAS